FILED

03/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0379

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0379

_____

JANE TIMPANO,

     Plaintiff and Appellant,

     v.

CENTRAL MONTANA DISTRICT SIX
HUMAN RESOURCES DEVELOPMENT
COUNCIL, INC.,

     Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2022